HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>Defendants. | No. 2:18-cv-01716 RSL<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFF'S NEGLIGENT TRAINING AND SUPERVISION CLAIMS AGAINST DEFENDANT K&B TRANSPORTATION (THE REMAINING CLAIMS ARE UNAFFECTED)<br><br>(Clerk's Action Required) |

## I.  STIPULATION

Because Defendant K&B Transportation has admitted that Defendant Zewdneh Desta was acting within the course and scope of his employment at the time of the incident, the parties, by and through their respective counsel, hereby stipulate and agree that Plaintiff's negligent training and supervision claims asserted against Defendant K&B Transportation as Paragraphs 5.17, 6.2, and 6.5 of the Complaint should be dismissed.  The parties move the Court for an order dismissing those claims, only.

//

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S
NEGLIGENT TRAINING AND SUPERVISION CLAIMS
AGAINST DEFENDANT K&B TRANSPORTATION (Cause
No. 2:18-cv-01716 RSL) – 1
js/JS3522.014/3090858x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

DATED: January _____ 2019.

---

Karen K. Koehler
Stritmatter Kessler Whelan Koehler Moore
3600 15th Avenue West, Suite #300
Seattle, WA 98119-1330
Phone: 206-448-1777
Fax: 206-728-2131
Email: Karenk@stritmatter.com
*Attorneys for Plaintiff*

---

Dylan E. Jackson
Jeff M. Sbaih
Wilson Smith Cochran Dickerson
901 5th Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: jackson@wscd.com /
Email: sbaih@wscd.com
*Attorneys for Defendant K&B Transportation and Zewdneh Desta*

## II. ORDER

It is so ordered.

DATED this 18th day of January, 2019.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER TO DISMISS PLAINTIFF'S NEGLIGENT TRAINING AND SUPERVISION CLAIMS AGAINST DEFENDANT K&B TRANSPORTATION (Cause No. 2:18-cv-01716 RSL) – 2
js/JS3522.014/3090858x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273