1

2

3

4

5                                                          Honorable  Robert S. Lasnik

6

7                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
8                                 AT SEATTLE

9    ROBERT NEFF, an individual,               No. 4:18-cv-01716-RSL

10                  Plaintiff,                  STIPULATED MOTION AND ORDER OF
                                               DISMISSAL OF DEFENDANT SAFEWAY
11        vs.                                  INC.

12   ZEWDNEH N. DESTA and JANE DOE
     DESTA, husband and wife, K&B
13   TRANSPORTATION, INC., a foreign
     coporation, and SAFEWAY, INC., a foreign
14   corporation,

15                  Defendants.

16

                                  **STIPULATION**
17
          The parties, by and through their respective counsel, hereby stipulate as follows:
18
          1.     All claims against defendant Safeway Inc. may be dismissed, without fees or
19
     costs, and that the Order below dismissing those claims may be entered;
20
          2.     The Order of Dismissal will automatically become "with prejudice" should no
21
     party move to amend a pleading to assert fault against Safeway Inc. by the currently pending
22
     expert disclosure deadline, 9/4/19.
23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

3.      If no party moves to amend a pleading to assert fault against Safeway Inc. by 9/4/19, the remaining defendants may not claim that Safeway is an empty chair under RCW 4.22.070 or any other theory.

Signed this 21st day of May, 2019.

FORSBERG & UMLAUF, P.S.

_____
Kimberly Reppart, WSBA #30643
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: KReppart@FoUm.law
Attorney for Defendant Safeway Inc.

FORSBERG & UMLAUF, P.S.

_____s/ Roy A. Umlauf_____
Roy A. Umlauf, WSBA #15437
901 Fifth Avenue, Suite 1400
Seattle, Washington 98164-2050
Telephone: (206) 689-8500
Fax: (206) 689-8501
Email: roy@FoUm.law
Attorney for Defendant Safeway Inc.

STRITMATTER KESSLER
KOEHLER MOORE

_____s/ Karen Koehler_____
Karen Koehler, WSBA #15325
3600 15th Ave W #300
Seattle, WA 98119
Counsel for Plaintiff
Telephone: (206) 448-1777
Fax: (206) 728-2131
Email: karenk@stritmatter.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT
SAFEWAY INC. – PAGE 2
CAUSE NO. 4:18-cv-01716-RSL
2364917 / 824.0051

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1  WILSON SMITH COCHRAN DICKERSON

2      _s/ Dylan E. Jackson_
       Dylan E. Jackson, WSBA #29220
3      901 Fifth Avenue, Suite 1700
       Seattle, Washington  98164-2050
4      Telephone: (206) 623-4100
       Fax: (206) 623-9273
5      Email: jackson@wscd.com;
       Attorneys for Defendants K&B
6      Transportation, Inc. & Zewdneh N. Desta

7  WILSON SMITH COCHRAN DICKERSON

8      _s/ Jeff M. Sbaih_
       Jeff M. Sbaih, WSBA #51551
9      901 Fifth Avenue, Suite 1700
       Seattle, Washington  98164-2050
10     Telephone: (206) 623-4100
       Fax: (206) 623-9273
11     Email: sbaih@wscd.com
       Attorneys for Defendants K&B
12     Transportation, Inc. & Zewdneh N. Desta

13

14                           **ORDER**

15        THIS MATTER came before the Court upon the above Stipulation of the parties.  In

16  light of the foregoing, the Court hereby ORDERS as follows:

17      1.  All claims against defendant Safeway Inc. are hereby dismissed, without fees or costs;

18      2.  This Order of Dismissal shall automatically become "with prejudice" should no party

19  move to amend a pleading to assert fault against Safeway Inc. by the currently pending expert

20  disclosure deadline, 9/4/19.

21      3.  If no party moves to amend a pleading to assert fault against Safeway Inc. by 9/4/19,

22  the remaining defendants may not claim that Safeway is at fault as an empty chair under RCW

23  4.22.070 or any other theory.

STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT
SAFEWAY INC. – PAGE 3
CAUSE NO. 4:18-cv-01716-RSL
2364917 / 824.0051

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1    DONE IN OPEN COURT this 23rd day of May, 2019.

2

3                                _____
                                 Honorable Robert S. Lasnik
4

5    FORSBERG & UMLAUF, P.S.

6    _____
     Kimberly Reppart, WSBA #30643
7    901 Fifth Avenue, Suite 1400
     Seattle, Washington 98164-2050
8    Telephone: (206) 689-8500
     Fax: (206) 689-8501
9    Email: KReppart@FoUm.law
     Attorney for Defendant Safeway Inc.
10
     FORSBERG & UMLAUF, P.S.
11
     _s/ Roy A. Umlauf_
12   Roy A. Umlauf, WSBA #15437
     901 Fifth Avenue, Suite 1400
13   Seattle, Washington 98164-2050
     Telephone: (206) 689-8500
14   Fax: (206) 689-8501
     Email: roy@FoUm.law
15   Attorney for Defendant Safeway Inc.

16   STRITMATTER KESSLER
     KOEHLER MOORE
17
     _s/ Karen Koehler_
18   Karen Koehler, WSBA #15325
     3600 15th Ave W #300
19   Seattle, WA 98119
     Counsel for Plaintiff
20   Telephone: (206) 448-1777
     Fax: (206) 728-2131
21   Email: karenk@stritmatter.com
     Attorneys for Plaintiff
22

23


STIPULATED MOTION AND ORDER OF DISMISSAL OF DEFENDANT
SAFEWAY INC. – PAGE 4
CAUSE NO. 4:18-cv-01716-RSL
2364917 / 824.0051

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1

2   WILSON SMITH COCHRAN DICKERSON

3      *s/ Dylan E. Jackson*
      Dylan E. Jackson, WSBA #29220

4   901 Fifth Avenue, Suite 1700
      Seattle, Washington  98164-2050

5   Telephone: (206) 623-4100
      Fax: (206) 623-9273

6   Email: jackson@wscd.com;
      Attorneys for Defendants K&B

7   Transportation, Inc. & Zewdneh N. Desta

8   WILSON SMITH COCHRAN DICKERSON

9      *s/ Jeff M. Sbaih*
      Jeff M. Sbaih, WSBA #51551

10   901 Fifth Avenue, Suite 1700
      Seattle, Washington  98164-2050

11   Telephone: (206) 623-4100
      Fax: (206) 623-9273

12   Email: sbaih@wscd.com
      Attorneys for Defendants K&B

13   Transportation, Inc. & Zewdneh N. Desta

14

15

16

17

18

19

20

21

22

23

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX