HONORABLE ROBERT S. LASNIK
Trial Date: March 2, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>　　　　　　　　　　Defendants. | No. 2:18-cv-01716 RSL<br><br>~~PROPOSED~~ ORDER REGARDING STIPULATED MOTION FOR EXTENSION OF EXPERT-RELATED DEADLINES |

This matter comes before the Court on the parties' Stipulated Motion for an Extension of Expert-Related Deadlines. Having reviewed the motion and the bases for it, IT IS HEREBY ORDERED that the motion is GRANTED. The expert disclosure deadline established in Docket No. 17 is extended from September 4, 2019 to October 4, 2019 and the discovery deadline is extended from November 3, 2019 to December 3, 2019. No other changes are made to the other case deadlines.

DATED this 8th day of August, 2019.



HONORABLE ROBERT S. LASNIK

~~PROPOSED~~ ORDER REGARDING
STIPULATED MOTION FOR EXTENSION OF
EXPERT-RELATED DEADLINES
(Cause No. 2:18-cv-01716 RSL) – 1
js/JS3522.014/3302599x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273