UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>                Plaintiff,<br><br>     v.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>                Defendants. | No. 2:18–cv-01716 RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO REVIEW AND MAKE CHANGES TO DEPOSITION TRANSCRIPT |

This matter comes before the Court on the Plaintiff's Motion to Extend Time to Review and Make Changes to Deposition Transcript. The Court has considered the following:

1. Plaintiff's Motion to Extend Time to Review and Make Changes to Deposition Transcript;

2. Declaration of Jonathan Harris in Support of Plaintiff's Motion to Extend Time to Review and Make Changes to Deposition Transcript;

ORDER GRANTING
PLAINTIFF'S MOTION TO EXTEND TIME TO
REVIEW AND MAKE CHANGES TO DEPOSITION
TRANSCRIPT- 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W., STE. 300
SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

1  Having reviewed the motion and the basis for it, IT IS HEREBY ORDERED that the

2  motion is GRANTED.  The Plaintiff is granted a fourteen (14) day extension within which to

3  provide his errata sheet thereby rendering his errata sheet due no later than October 23, 2019.

4      DATED this 1st day of November, 2019.

5

6

Robert S. Lasnik
United States District Judge

7

8

9

10  Presented by:

11  STRITMATTER KESSLER                    LAW OFFICES OF BAKER & HARRIS
    KOEHLER MOORE

12  s/ Karen K. Koehler                    s/ Jonathan Harris
    Karen Koehler, WSBA #15325             Jonathan Harris
13  Lisa Benedetti, WSBA #43194            Counsel for Plaintiff *Pro Hac Vice*
    Counsel for Plaintiff

14

15

16

17

18

19

20

21

22

23

24  ORDER GRANTING
    PLAINTIFF'S MOTION TO EXTEND TIME TO
    REVIEW AND MAKE CHANGES TO DEPOSITION
    TRANSCRIPT- 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W., STE. 300
SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131