HONORABLE ROBERT S. LASNIK
Trial Date: March 2, 2020
Noting Date: November 15, 2019

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>Defendants. | No. 2:18-cv-01716 RSL<br><br>ORDER (~~PROPOSED~~) GRANTING STIPULATED MOTION FOR EXTENSION OF SETTLEMENT CONFERENCE DEADLINE |

This matter comes before the Court on the parties' Stipulated Motion for Extension of Settlement Conference Deadline. Having reviewed the motion and the bases for it, IT IS HEREBY ORDERED that the motion is GRANTED. The settlement conference deadline established in Docket No. 17 is extended from November 17, 2019 to December 20, 2019. No other changes are made to the other case deadlines.

//

//

ORDER (~~PROPOSED~~) GRANTING STIPULATED MOTION
FOR EXTENSION OF SETTLEMENT CONFERENCE DEADLINE - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

1   DATED this 19th day of November, 2019.

2

3   _____
    HONORABLE ROBERT S. LASNIK

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER (PROPOSED) GRANTING STIPULATED MOTION
FOR EXTENSION OF SETTLEMENT CONFERENCE DEADLINE - 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131