HONORABLE ROBERT S. LASNIK
Hearing Date: Friday, November 22, 2019
No Oral Argument Requested

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROBERT NEFF, an individual,

　　　　　　　　　Plaintiff,

v.

ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,

　　　　　　　　　Defendants.

No. 2:18–cv-01716 RSL

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE TO FILE A SECOND SUR-REPLY TO DEFENDANTS DESTA AND K&B TRANSPORTATION'S MOTION FOR LEAVE TO AMEND ANSWER

This matter comes before the Court on the Plaintiff's Motion for Relief from Deadline to File a Second Sur-Reply to Defendants Desta and K&B Transportation's Motion for Leave to Amend Answer. The Court has considered the following:

1. Plaintiff's Motion for Relief from Deadline to File a Second Sur-Reply to Defendants Desta and K&B Transportation's Motion for Leave to Amend Answer;

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM
DEADLINE TO FILE A SECOND SUR-REPLY TO DEFENDANTS DESTA AND
K&B TRANSPORTATION'S MOTION FOR LEAVE TO AMEND ANSWER - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

2. Declaration of Karen Koehler in Support of Plaintiff's Motion for Relief from Deadline to File a Second Sur-Reply to Defendants Desta and K&B Transportation's Motion for Leave to Amend Answer with attached exhibits;

3. Defendants Desta and K&B Transportation's response, if any;

4. Plaintiff's reply, if any; and

5. _____ ;

Having reviewed the motion and the bases for it, IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff has five (5) days from the date this order is signed to file his Second Sur-Reply to Defendants Desta and K&B Transportation's Motion for Leave to Amend Answer.

DATED this _19th_ day of _December_, 2019, in Seattle, Washington.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

| STRITMATTER KESSLER KOEHLER MOORE | LAW OFFICES OF BAKER & HARRIS |
|---|---|
| s/ Karen K. Koehler | s/ Jonathan Harris |
| Karen Koehler, WSBA #15325 | Jonathan Harris |
| Lisa Benedetti, WSBA #43194 | Counsel for Plaintiff *Pro Hac Vice* |
| Counsel for Plaintiff | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM DEADLINE TO FILE A SECOND SUR-REPLY TO DEFENDANTS DESTA AND K&B TRANSPORTATION'S MOTION FOR LEAVE TO AMEND ANSWER - 2