HONORABLE ROBERT S. LASNIK
Trial Date: March 2, 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>Defendants. | No. 2:18-cv-01716 RSL<br><br>STIPULATED MOTIONS IN LIMINE AND PROPOSED ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>February 3, 2020 |

The parties, by and through their counsel, conferred on their respective potential motions in limine on January 30, 2020 pursuant to LCR 7(d)(4). Based on that conference, the parties stipulate to the following:

1. No party will offer evidence or argument about the existence of insurance.

2. No party will offer evidence or argument about the prior settlement offers exchanged in the case.

3. No party will offer evidence of collateral sources, like health insurance, worker's compensation, or other benefit Plaintiff received after the subject accident.

STIPULATED MOTIONS IN LIMINE AND
PROPOSED ORDER (Cause No. 2:18-cv-01716
RSL) – 1
js/JS3522.014/3471122x



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

4. No party will present any witnesses not previously disclosed or documents not previously produced.

5. No party will offer any expert opinions not previously disclosed.

6. No party will offer evidence or argument regarding tax implications of an award in Plaintiff's favor.

7. The defendants will not refer to Dr. Toomey's exam as an "independent" medical examination.

8. The parties will not offer evidence or argument regarding prior motions filed by either party in the case, including motions in limine.

9. The parties will not offer any evidence or argument regarding either Mr. Neff or Mr. Desta being under the influence of drugs or alcohol. Nor will they offer evidence or argument regarding post-accident drug testing requirements or drug tests (or lack thereof).

10. The parties will not submit any Rule 26 expert reports into evidence.

11. The parties will not offer any evidence or argument regarding any of their pecuniary statuses, wealth, or poverty.

12. Non-parties will be excluded from the court until after they testify.

13. Plaintiff will not offer evidence or argument that Mr. Desta (or K&B Transportation) acted recklessly but will limit his claims to negligence.

14. Plaintiff will not offer evidence or argument that K&B Transportation acted negligently (or recklessly) but can inform the jury of the vicarious liability claim asserted against it.

STIPULATED MOTIONS IN LIMINE AND
PROPOSED ORDER (Cause No. 2:18-cv-01716
RSL) – 2
js/JS3522.014/3471122x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

15. The parties will not offer evidence or argument of K&B's 2015 Safety Manual produced in this case as K&B 709-765.

16. The parties will not offer evidence or argument of any malpractice claims or complaints to quality review boards against any doctor or medical provider who will testify in this case as either an expert or treatment provider.

17. The parties will not offer any type of "golden rule" evidence or argument which ask the jurors to put themselves in the shoes of one of the parties.

18. The parties will not elicit any testimony from Clifford McQuarrie regarding either of their alleged fault in this case since Mr. McQuarrie was not disclosed as an expert. Any testimony elicited from him or cross examination of him will be limited to his observations as a percipient witness.

19. The parties will provide each other with at least one court days' notice of witnesses who will be called to testify at trial.

20. The parties' stipulate that Plaintiff's wage loss claim will be limited to past wages of $42,983, which is the amount of temporary total disability benefits paid to Plaintiff as a result of the accident. Evidence that Plaintiff received disability benefits will not be admissible under the collateral source rule. In exchange for Plaintiff not claiming the accident will affect or impair his ability to work or earn a living in the future, Defendants agree not to introduce any evidence of Plaintiff's tax records or tax history (or lack thereof).

21. The parties will not offer evidence or argument regarding Plaintiff's prior motor vehicle accidents.

STIPULATED MOTIONS IN LIMINE AND
PROPOSED ORDER (Cause No. 2:18-cv-01716
RSL) – 3
js/JS3522.014/3471122x

WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

22. The parties will not offer evidence or argument regarding Plaintiff's pre-accident medical condition(s).

23. The parties will not offer evidence or argument regarding Plaintiff's smoking history.

DATED: February 3, 2020.

*s/ Karen K. Koehler*
Karen K. Koehler
Stritmatter Kessler Whelan Koehler Moore
3600 15th Avenue West, Suite #300
Seattle, WA 98119-1330
Phone: 206-448-1777
Fax: 206-728-2131
Email: Karenk@stritmatter.com
*Attorneys for Plaintiff*


*s/Dylan E. Jackson*
*s/ Jeff M. Sbaih*
Dylan E. Jackson
Jeff M. Sbaih
Wilson Smith Cochran Dickerson
901 5th Avenue, Suite 1700
Seattle, WA 98164
Phone: 206-623-4100
Fax: 206-623-9273
Email: jackson@wscd.com / sbaih@wscd.com
*Attorneys for Defendant K&B Transportation and Zewdneh Desta*

STIPULATED MOTIONS IN LIMINE AND
PROPOSED ORDER (Cause No. 2:18-cv-01716
RSL) – 4
js/JS3522.014/3471122x



WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

## ORDER

IT IS SO ORDERED.

DATED: 4th day of February, 2020.

_____
Honorable Robert S. Lasnik
U.S. District Court Judge



WILSON SMITH COCHRAN DICKERSON
901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273