HONORABLE ROBERT S. LASNIK
Hearing Date: Friday, February 7, 2020
No Oral Argument Requested

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROBERT NEFF, an individual,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ZEWDNEH N. DESTA and JANE DOE DESTA, husband and wife, K&B TRANSPORTATION, INC., a foreign corporation, and SAFEWAY, INC., a foreign corporation,<br><br>　　　　　　　　　Defendants. | No. 2:18–cv-01716 RSL<br><br>ORDER ~~(PROPOSED)~~ GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM LCR 16 PRETRIAL DEADLINES |

This matter comes before the Court on the Plaintiff's Motion for Relief from LCR 16 Pretrial Deadlines. The Court has considered the following:

1. Plaintiff's Motion for Relief from LCR 16 Pretrial Deadlines;

2. Declaration of Karen Koehler in Support of Plaintiff's Motion for Relief from LCR 16 Pretrial Deadlines;

ORDER ~~(PROPOSED)~~ GRANTING PLAINTIFF'S MOTION FOR RELIEF FROM LCR 16 PRETRIAL DEADLINES - 1

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131

Having reviewed the motion and the bases for it, IT IS HEREBY ORDERED that the motion is GRANTED. The following LCR 16 deadlines are extended as stated:

| Item | New Deadline |
|---|---|
| Plaintiff's Pretrial Statement and Deposition Designations (LCR 16(h)) | January 28, 2020 |
| Defendant's Pretrial Statement (LCR 16(i)) | February 7, 2020 |
| Conference of Attorneys (LCR 16(k)) | February 13, 2020 |

DATED this 5th day of Feb., 2020, in Seattle, Washington.

_____
HONORABLE ROBERT S. LASNIK

Presented by:

STRITMATTER KESSLER
KOEHLER MOORE

s/ Karen Koehler
Karen Koehler, WSBA #15325
Lisa Benedetti, WSBA #43194
Counsel for Plaintiff

ORDER (PROPOSED) GRANTING PLAINTIFF'S MOTION FOR
RELIEF FROM LCR 16 PRETRIAL DEADLINES - 2

STRITMATTER KESSLER
KOEHLER MOORE
3600 15TH AVE W, STE. 300, SEATTLE, WA 98119
P: 206-448-1777
F: 206-728-2131